# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2825 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 101 DB 2020 |
| v. | : | |
| | : | Attorney Registration No. 37250 |
| MICHAEL ERIC GREENBERG, | : | |
| | : | (Bucks County) |
| Respondent | : | |

## O R D E R

**PER CURIAM**

   **AND NOW**, this 23rd day of November 2021, upon consideration of the Report and Recommendations of the Disciplinary Board, Michael Eric Greenberg is suspended from the Bar of this Commonwealth for a period of two years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).